FILED

MAR 1 4 2008

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 2:08 CR 62-WKW |
| v.  ) | [18 U.S.C. § 641 |
| ) | 18 U.S.C. § 1028A |
| TAMMY L. HOLLOWAY ) | 18 U.S.C. § 2] |
| a/k/a Tammy Holloway Curry ) | |
| ) | **INDICTMENT** |

The Grand Jury charges:

## COUNTS 1-2
## THEFT OF GOVERNMENT PROPERTY

1. At all times relevant to this Indictment, the defendant, **TAMMY L. HOLLOWAY**, was a resident of Montgomery, Alabama.

2. On or about September 19, 2005, an application was filed with the Federal Emergency Management Agency ("FEMA"), an agency within the United States Department of Homeland Security, for benefits in connection with Hurricane Katrina, in the name of "Latara L. Holloway." That application falsely represented that Holloway had suffered losses to a property she rented as her primary residence in New Orleans, Louisiana. In fact, Holloway did not reside in Louisiana and did not suffer the losses claimed.

3. On or about September 25, 2005, another application was filed with the Federal Emergency Management Agency ("FEMA"), an agency within the United States Department of Homeland Security, for benefits in connection with Hurricane Katrina, in the name of "David J. Coleman." That application falsely represented that the applicant had suffered

losses to a property rented as the applicant's primary residence in New Orleans, Louisiana. In fact, the applicant did not reside in Louisiana and did not suffer the losses claimed.

4. FEMA accepted both applications and caused two United States Treasury checks, each in the amount of $2,000, to be mailed to Tammy L. Holloway's Montgomery, Alabama residence. Tammy L. Holloway–knowing of the checks' falsity–received both checks, took them to her bank, and used her bank account to cash them.

5. On or about the dates set forth below, in Montgomery County, within the Middle District of Alabama, and elsewhere, the defendant,

**TAMMY L. HOLLOWAY,**

did, while aiding and abetting and while being aided and abetted by other persons both known and unknown to the Grand Jury, embezzle, steal, purloin, and knowingly convert to her own use money and things of value of the United States and of a department and agency thereof, in an amount in excess of $1,000, and did receive, conceal, and retain the same with the intent to convert it to her use and gain, knowing it to have been embezzled, stolen, purloined and converted as described below:

| COUNT | DATE | ITEM |
|---|---|---|
| 1 | September 22, 2005 | FEMA disaster assistance funds in the amount of $2,000, check number 2221 23350850. |
| 2 | September 28, 2005 | FEMA disaster assistance funds in the amount of $2,000, check number 2221 23677183. |

All in violation of Title 18, United States Code, Sections 641 and 2.

## COUNT 3
## AGGRAVATED IDENTITY THEFT

6. The allegations set forth in paragraphs 1 through 5 of this Indictment are hereby realleged as if set forth herein.

7. On or about September 28, 2005, in Montgomery County, within the Middle District of Alabama, and elsewhere, the defendant,

**TAMMY L. HOLLOWAY,**

did, while aiding and abetting and while being aided and abetted by other persons both known and unknown to the Grand Jury, during and in relation to an enumerated felony, namely, theft of property as charged in the Count 2 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, that is Social Security number ending in the last four digits of 6012.

All in violation of Title 18, United States Code, Section 1028A(a)(1) and 2.

A TRUE BILL:

/s/ Marie A. Holling
Foreperson

/s/ Leura G. Canary
LEURA G. CANARY
United States Attorney

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney