IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| **PLAINTIFF** * | |
| * | |
| v. * | CR. NO. 2:08cr62-WKW |
| * | |
| **TAMMY L. HOLLOWAY** * | |
| **DEFENDANT** * | |

## MOTION TO CONTINUE

Come now Defendant, Tammy L. Holloway, by her attorney of record, and moves the court to continue the trial of this case and in support thereof states as follows:

1. This matter is presently set for trial during the May 5, 2008 trial term.

2. Counsel for Defendant is of the opinion that there is not sufficient time with the present setting of this case for trial for counsel to prepare for trial and provide adequate representation for Defendant as Constitutionally required.

3. Defendant is not presently incarcerated and will not be prejudiced by a continuance of the trial in her case.

4. The undersigned counsel has spoken with AUSA Chris Snyder who has stated the Government does not object to the Court granting Defendant's Motion for a Continuance.

5. Wherefore, the above matters considered, Defendant prays this court grant her motion and continue the trial of this case.

Respectfully submitted this day, April 11, 2008.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021
Attorney for Defendant Dennis

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com  - email

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification to all interested parties as appropriate.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021