IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
|     **PLAINTIFF** | * | |
| | * | |
| **v.** | * | CR. NO. 2:08cr62-WKW |
| | * | |
| **TAMMY L. HOLLOWAY** | * | |
|     **DEFENDANT** | * | |

## NOTICE OF INTENT TO CHANGE PLEA

Comes now Defendant, Tammy L. Holloway, by and through counsel of record, and gives notice to the Court of Defendant's intent to change her plea. For planning purposes, counsel for Defendant would be unavailable to appear for plea on August 7th or 8th.

Respectfully submitted this day, August 6, 2008.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021
Attorney for Defendant

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 6, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the respective parties.

                /s/Timothy C. Halstrom
                Timothy C. Halstrom
                Bar Number HAL021