**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:08-cr-62-WKW** |
| | ) | |
| **TAMMY L. HOLLOWAY** | ) | |

### ORDER

It is **ORDERED** that the sentencing hearing for defendant Tammy L. Holloway is

**CONTINUED** from October 15, 2008, to **October 29, 2008, at 10:45 a.m.,** in courtroom

2E of the Frank M. Johnson, Jr. U. S. Courthouse, One Church Street,

Montgomery, Alabama.

DONE this 25th day of August, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE